GEORGE A. RAFTERY, Appellant, *v.* JOHN B. CARTER et al., Respondents.

*Raftery* v. *Carter*, 167 App. Div. 925, affirmed.
(Submitted February 15, 1918; decided March 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1915, affirming a judgment in favor of defendants entered upon an order of Special Term directing a dismissal of the complaint on plaintiff's own motion for failure to comply with a prior order to strike out portions of said complaint and to separately state causes of action set forth therein. Plaintiff contended that the said order was erroneous and violative of fundamental and well-settled rules of pleading.

*Hector M. Hitchings* for appellant.
*Brainard Tolles* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.